IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER, et al., | No. C-08-5649 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS'**<br>**MOTION TO AMEND COMPLAINT** |
| v. | |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |
| _____/ | |

Before the Court is plaintiffs' "Motion to Amend Complaint," filed August 12, 2009, by which plaintiffs seek to file a First Amended Complaint ("FAC") adding a claim for medical negligence against Dr. James Kennedy, M.D. ("Dr. Kennedy"), in light of plaintiffs' recently having discovered Dr. Kennedy is an independent contractor and not an employee of defendant Telecare Corporation. On August 24, 2009, defendants City of Santa Rosa, Edwin F. Flint, Gregory Yaeger, Michael Heiser, and Gregg Ayer filed a statement of non-opposition. On August 27, 2009, defendants County of Sonoma and Telecare Corporation likewise filed a statement of non-opposition.

Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for decision thereon, hereby VACATES the hearing scheduled for September 18, 2009, and, good cause appearing, hereby GRANTS the motion. Plaintiffs' FAC shall be filed no later than September 18, 2009.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge