J. WYNNE HERRON, ESQ., (State Bar No. 71192)
LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: laura@herron-herron.com

Attorneys for Plaintiff(s), VALERIE BARBER and
ROBERT HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER and ROBERT HAMILTON, individually and as Successors in Interest for JESSE HAMILTON, deceased,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF SANTA ROSA; COUNTY OF SONOMA; EDWIN FLINT, in his capacity as Chief of Police for the City of Santa Rosa; GREGORY YAEGER, individually and in his capacity as an officer of the City of Santa Rosa; MICHAEL HEISER, individually and in his capacity as an officer of the City of Santa Rosa; GREGG AYER, individually and in his capacity as an officer of the City of Santa Rosa; and TELECARE CORPORATION,<br><br>Defendant(s). | No. CV-08-05649 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME |

Having considered the parties' application to shorten time for the Joint Motion to Continue Trial and Related dates, and finding good cause therefore,

/ / /

/ / /

IT IS HEREBY ORDERED that the Court will hear the Joint Motion to Continue Trial and Related Dates on December 11, 2009 at 9:00 a.m.

DATED: Dec. 7 , 2009

*[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
Judge of the United States District Court