Chester A. Rogaski, Jr., Esq. (#48560)
ROGASKI, PREOVOLOS, WEBER &
  PATTERSON, LLP
241 Georgia Street
P.O. Box 1072
Vallejo, California 94590
Telephone: (707) 553-1555

Attorneys for Defendant
JAMES KENNEDY, M.D.

UNITED STATED DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ROSA, et al., <br><br> Defendants. | No. 3:08 CV 5649 MMC <br> ORDER DENYING **REQUEST FOR LEAD COUNSEL TO BE PERMITTED TO APPEAR BY TELEPHONE AT MOTION TO CONTINUE TRIAL DATE** <br><br> Date: December 11, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 7 (Hon. Maxine Chesney) <br> Trial Date: April 12, 2010 |

Pursuant to Civil Local Rule 16-10(a), Defendant, JAMES KENNEDY, M.D., respectfully requests that his lead trial counsel, Chester A. Rogaski, Jr., be permitted to appear by telephone at the hearing of the Motion to Continue Trial Date on December 11, 2009 at 9:00 a.m.

Dated: December 8, 2009.

ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

By _____/s/_____
Chester A. Rogaski, Jr.
Attorneys for Defendant
JAMES KENNEDY, M.D.

**ORDER:**

No good cause having been shown, the request is hereby DENIED.

Dated: December 9, 2009

*[DENIED stamp, signed Judge Maxine M. Chesney, United States District Court, Northern District of California seal]*