**J. WYNNE HERRON, ESQ., (State Bar No. 71192)**
**LAURA HERRON WEBER, ESQ. (State Bar No. 226934)**
**HERRON & HERRON**
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: laura@herron-herron.com

Attorneys for Plaintiff(s), VALERIE BARBER and
ROBERT HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER and ROBERT HAMILTON, individually and as Successors in Interest for JESSE HAMILTON, deceased,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF SANTA ROSA; COUNTY OF SONOMA; EDWIN FLINT, in his capacity as Chief of Police for the City of Santa Rosa; GREGORY YAEGER, individually and in his capacity as an officer of the City of Santa Rosa; MICHAEL HEISER, individually and in his capacity as an officer of the City of Santa Rosa; GREGG AYER, individually and in his capacity as an officer of the City of Santa Rosa; and TELECARE CORPORATION, and JAMES KENNEDY, M.D.,<br><br>Defendant(s). | No. CV-08-05649 MMC<br><br>**ORDER DENYING MOTION FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>DATE: JANUARY 8, 2010<br>TIME: 9:00 A.M.<br>DEPT: 7<br><br>JUDGE: HON. MAXINE M. CHESNEY |

Having considered defendant James Kennedy M.D.'s Motion for Lack of Subject Matter Jurisdiction, the Court finds that supplemental jurisdiction in this case is appropriate pursuant to 28 USC §1367(a). There are no exceptional circumstances pursuant to 28 USC

/ / /

§1367(c) to justify declining federal jurisdiction over the claims against defendant James Kennedy, M.D.

Further, although not a model pleading, plaintiffs' First Amended Complaint ("FAC") is sufficient to give said defendant "fair notice of what the . . . claim is and the grounds upon which it rests," see Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007) (internal quotation and citation omitted), and the factual allegations therein constitute more than "legal conclusion[s]," see Ashcroft v. Iqbal, 129 S. Ct. 1937, 1350 (2009); see, e.g., FAC §§ 15, 17, 19.

Accordingly, IT IS HEREBY ORDERED that the Motion for Lack of Subject Matter Jurisdiction is DENIED.

DATED: December 28, 2009

_____
HON. MAXINE M. CHESNEY
Judge of the United States District Court