1  HANSON BRIDGETT LLP
   JAMES F. GEARY - 61238
2  ELI R. MAKUS - 234287
   jgeary@hansonbridgett.com
3  emakus@hansonbridgett.com
   500 Capitol Mall, Suite 1500
4  Sacramento, CA  95814
   Telephone:   (916) 442-3333
5  Facsimile:    (916) 442-2348

6  Attorneys for Defendants
   COUNTY OF SONOMA and TELECARE CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 VALERIE BARBER and ROBERT              No.  CV 08-5649 MMC
   HAMILTON, individually and as
12 Successors in Interest for JESSE
   HAMILTON, deceased,
13
                 Plaintiffs,             **STIPULATION TO EXTEND EXPERT**
14                                        **WITNESS DEADLINES**
          v.
15
   CITY  OF SANTA ROSA; COUNTY OF
16 SONOMA; EDWIN FLINT, in his
   capacity as Chief of Police for the City
17 of Santa Rosa; GREGORY YAEGER,
   individually and in his capacity as an
18 officer of the City of Santa Rosa;
   MICHAEL HEISER, individually and in
19 his capacity as an officer of the City of
   Santa Rosa; GREGG AYER,
20 individually and in his capacity as an
   officer of the City of Santa Rosa; and
21 TELECARE CORPORATION,

22               Defendants.

23

24        The parties hereby stipulate to a one week extension of time within which to

25 comply with the Court's February 26, 2010 Pretrial Preparation Order.  The agreed upon

26 deadlines are as follows:

27 / / /

28 / / /

                              - 1 -

1    DESIGNATION OF EXPERTS:

2    Plaintiff/Defendant: No later than August 27, 2010

3    Plaintiff/Defendant: Rebuttal no later than September 10, 2010

4    EXPERT DISCOVERY CUTOFF: October 1, 2010

5    DATED:  August 19, 2010                    HERRON & HERRON

6                                               BY: /s/ _____
                                                J. WYNNE HERRON, ESQ.
7                                               Attorneys for Plaintiffs
                                                VALERIE BARBER and ROBERT
8                                               HAMILTON, individually and as
                                                Successors in Interest for JESSE
9                                               HAMILTON, deceased

10   DATED:  August 19, 2010

11                                              By:  /s/ _____
12                                              MATTHEW J. LeBLANC, ESQ.,
                                                ASSISTANT CITY ATTORNEY
13                                              Attorney for Defendants City of Santa
                                                Rosa; Edwin F. Flint, Gregory Yaeger,
14                                              Michael Heiser and Gregg Ayer,
                                                individually and in their capacity as
15                                              officers of the City of Santa Rosa

16   DATED:  August 19, 2010                    ROGASKI, PREOVOLOS, WEBER &
17                                              PATTERSON, LLP

18                                              By:  /s/ _____
19                                              CHESTER A. ROGASKI
                                                Attorneys for Defendant
20                                              JAMES F. KENNEDY, M.D.

21

22   DATED:  August 19, 2010                    HANSON BRIDGETT LLP

23                                              By: /s/ _____
24                                              JAMES F. GEARY
                                                ELI R. MAKUS
25   IT IS SO ORDERED                           Attorneys for Defendants
                                                COUNTY OF SONOMA and
26                                              TELECARE CORPORATION

27

28   DATE: August 24, 2010

                              Judge Maxine M. Chesney

                                               - 2 -
STIPULATION TO EXTEND EXPERT WITNESS DEADLINES                          2542999.1