| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | JAMES F. GEARY - 61238 |
| 2 | ELI R. MAKUS - 234287 |
| | jgeary@hansonbridgett.com |
| 3 | emakus@hansonbridgett.com |
| | 500 Capitol Mall, Suite 1500 |
| 4 | Sacramento, CA  95814 |
| | Telephone:   (916) 442-3333 |
| 5 | Facsimile:    (916) 442-2348 |
| 6 | Attorneys for Defendants |
| | COUNTY OF SONOMA and |
| 7 | TELECARE CORPORATION |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER and ROBERT HAMILTON, individually and as Successors in Interest for JESSE HAMILTON, deceased, | No.  CV 08-5649 MMC |
| Plaintiffs, | **JOINT STIPULATION OF GOOD FAITH SETTLEMENT [CCP §877.6]** |
| v. | and |
| CITY OF SANTA ROSA, et al., | **ORDER THEREON** |
| Defendants. | |

Defendants County of Sonoma and James F. Kennedy, M.D. ("dismissed defendants") have entered into settlements with plaintiffs Valerie Barber and Robert Hamilton ("plaintiffs") wherein the plaintiffs dismiss all claims against the dismissed defendants in exchange for waivers of fees and costs.

Based on the discovery in this case, dismissed defendants deny liability with respect to the claims made against them by plaintiffs.

Remaining  defendants City of Santa Rosa, Edwin F. Flint, Gregory Yaeger, Michael Heiser, Gregg Ayer and Telecare Corporation agree that a waiver of fees and costs in exchange for a general release and request for dismissal of this action with respect to defendants County of Sonoma and James F, Kennedy, M.D. are

- 2 -

1  reasonable and good faith settlements for the claims made against them. Therefore
2  remaining defendants hereby stipulate that the settlements were made in good faith in
3  accordance with the provisions of Code of Civil Procedure Section §877.6 and waive any
4  claims against the dismissed defendants for equitable comparative contribution, or
5  partial or comparative indemnity.

DATED: September 13, 2010         HANSON BRIDGETT LLP

                                  By:_____/S/_____
                                      JAMES F. GEARY
                                      Attorneys for Defendants
                                      COUNTY OF SONOMA and
                                      TELECARE CORPORATION

DATED: September 13, 2010         By:_____/S/_____
                                      MATTHEW J. LEBLANC
                                      ASSISTANT CITY ATTORNEY
                                      Attorney for Defendants City of Santa
                                      Rosa; Edwin F. Flint, Gregory Yaeger,
                                      Michael Heiser and Gregg Ayer,
                                      individually and in their capacity as
                                      officers of the City of Santa Rosa

DATED: September 13, 2010         ROGASKI, PREOVOLOS, WEBER &
                                  PATTERSON, LLP

                                  By:_____/S/_____
                                      CHESTER A. ROGASKI, JR.
                                      Attorneys for Defendant
                                      JAMES F. KENNEDY, M.D.

### ORDER

IT IS SO ORDERED.

DATED: September 14, 2010         _____
                                  Hon. Maxine M. Chesney

- 2 -

DEFENDANTS' JOINT STATEMENT OF GOOD FAITH SETTLEMENT                 12701.6 2621272.1