J. WYNNE HERRON, ESQ., (State Bar No. 71192)
LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: laura@herron-herron.com

Attorneys for Plaintiff(s), VALERIE BARBER and
ROBERT HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER and ROBERT HAMILTON, individually and as Successors in Interest for JESSE HAMILTON, deceased,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF SANTA ROSA; COUNTY OF SONOMA; EDWIN FLINT, in his capacity as Chief of Police for the City of Santa Rosa; GREGORY YAEGER, individually and in his capacity as an officer of the City of Santa Rosa; MICHAEL HEISER, individually and in his capacity as an officer of the City of Santa Rosa; GREGG AYER, individually and in his capacity as an officer of the City of Santa Rosa; and TELECARE CORPORATION, and JAMES KENNEDY, M.D.,<br><br>Defendant(s). | No. CV-08-05649 MMC<br><br>**ORDER AND STIPULATION REGARDING FURTHER HEARING ON MOTION FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED between the parties that a further hearing on the Motion for Summary Judgment brought by the City of Santa Rosa, Edwin Flint, Gregory Yaeger, Michael Heiser and Gregg Ayer (hereinafter the "City defendants") be held on December 3, 2010 at 9:00 a.m. in Department 7 in the above-entitled court.

1    It is further stipulated that the City defendants will file with the Court a supplemental brief in support of the Motion for Summary Judgment on or before November 10, 2010.

The plaintiffs will file with the Court a supplemental brief in opposition to the Motion for Summary Judgment on or before November 19, 2010.

DATED: October 14, 2010          HERRON & HERRON

By:  /s/
J. WYNNE HERRON, ESQ.
Attorneys for Plaintiff(s),
VALERIE BARBER and ROBERT HAMILTON

DATED: October 14, 2010          HANSON BRIDGETT

By:  /s/
JAMES F. GEARY, ESQ.
Attorneys for Defendant(s),
TELECARE CORPORATION

DATED: October 14, 2010          OFFICE OF THE CITY ATTORNEY

By:  /s/
MATTHEW J. LeBLANC, ESQ.
Attorneys for Defendant(s),
CITY OF SANTA ROSA,
EDWIN FLINT, GREGORY YAEGER,
MICHAEL HEISER, AND GREGG AYER

## ORDER

Good cause appearing therefore, it is hereby ordered that the hearing date and briefing schedule as set forth above be adopted by the Court.

DATED: October 18, 2010

HON. MAXINE C. CHESNEY
Judge of the United States District Court