1  J. WYNNE HERRON, ESQ., (State Bar No. 71192)
   LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
2  HERRON & HERRON
   18360 Sonoma Highway
3  Sonoma, CA  95476
   Telephone:  (707) 933-4430
4  Facsimile:  (707) 933-4431
   E-Mail:  laura@herron-herron.com
5
   Attorneys for Plaintiff(s), VALERIE BARBER and
6  ROBERT HAMILTON

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | VALERIE BARBER and ROBERT                | No. CV-08-05649 MMC
   | HAMILTON, individually and as Successors |
12 | in Interest for JESSE HAMILTON, deceased,|
                                              | **STIPULATION OF DISMISSAL
13 |           Plaintiff(s),                  | OF DEFENDANT COUNTY OF
                                              | SONOMA AND [PROPOSED]
14 | vs.                                      | ORDER**

15 | CITY OF SANTA ROSA; COUNTY OF
   | SONOMA; EDWIN FLINT, in his capacity as
16 | Chief of Police for the City of Santa Rosa;
   | GREGORY YAEGER, individually and in his
17 | capacity as an officer of the City of Santa
   | Rosa; MICHAEL HEISER, individually and
18 | in his capacity as an officer of the City of
   | Santa Rosa; GREGG AYER, individually and
19 | in his capacity as an officer of the City of
   | Santa Rosa; and TELECARE
20 | CORPORATION, and JAMES KENNEDY,
   | M.D.,
21
   |           Defendant(s).
22

23

24

25 / / /

26 / / /

27 / / /

28

-1-                                              Barber v. City of Santa Rosa/CV 08-05649 MMC
                                                 Stipulation to Dismiss County of Sonoma

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that all claims against defendant County of Sonoma in the above-captioned action be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: October 6, 2010                HERRON & HERRON

                                       By:  /s/
                                            LAURA HERRON WEBER, ESQ.
                                            Attorneys for Plaintiff(s),
                                            VALERIE BARBER and
                                            ROBERT HAMILTON

DATED: October 6, 2010                HANSON BRIDGETT

                                       By:  /s/
                                            JAMES F. GEARY, ESQ.
                                            Attorneys for Defendant(s),
                                            COUNTY OF SONOMA, TELECARE
                                            CORPORATION

DATED: October 6, 2010                OFFICE OF THE CITY ATTORNEY

                                       By:  /s/
                                            MATTHEW J. LeBLANC, ESQ.
                                            Attorneys for Defendant(s),
                                            CITY OF SANTA ROSA,
                                            EDWIN FLINT, GREGORY YAEGER,
                                            MICHAEL HEISER, AND GREGG AYER

DATED: October 6, 2010                ROGASKI, PREOVOLOS, WEBER &
                                      PATTERSON, LLP

                                       By:  /s/
                                            CHESTER ROGASKI, ESQ.
                                            Attorneys for Defendant (s),
                                            JAMES KENNEDY, M.D.

/ / /

/ / /

## ORDER

Good cause appearing therefore, it is hereby ordered that Defendant COUNTY OF SONOMA, is dismissed with prejudice.

DATED: October 22, 2010

*[signature]*

HON. MAXINE C. CHESNEY
Judge of the United States District Court