```
Chester A. Rogaski, Jr., Esq. (#48560)
Ralph Andino, Esq. (#236649)
ROGASKI, PREOVOLOS, WEBER &
   PATTERSON, LLP
455 Devlin Road, Suite 100
Napa, California 94558
Telephone: (707) 252-1555

Attorneys for Defendant
JAMES KENNEDY, M.D.
```

UNITED STATED DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ROSA, et al.,<br><br>     Defendants. | No. 3:08 CV 5649 MMC<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT, JAMES KENNEDY, M.D., AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, with prejudice, as against Defendant, JAMES KENNEDY, M.D., pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 1, 2010.          HERRON & HERRON


                                 By _____/s/_____
                                    J. Wynne Herron
                                    Attorneys for Plaintiffs


Dated: October 20, 2010.         ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP


                                 By _____/s/_____
                                    Chester A. Rogaski, Jr.
                                    Attorneys for Defendant
                                    JAMES KENNEDY, M.D.

/////

| | | |
|---|---|---|
| 1 | Dated: October 12, 2010. | HANSON BRIDGETT |
| 2 | | |
| 3 | | By       /s/ |
| | | James F. Geary |
| 4 | | Attorneys for Defendants |
| | | COUNTY OF SONOMA and TELECARE CORPORATION |

Dated: October 12, 2010.        HANSON BRIDGETT

By _____/s/_____
James F. Geary
Attorneys for Defendants
COUNTY OF SONOMA and TELECARE CORPORATION

Dated: October 18, 2010.        OFFICE OF THE CITY ATTORNEY

By _____/s/_____
Matthew J. LeBlanc
Attorneys for Defendants
CITY OF SANTA ROSA, EDWARD FLINT, GREGG AYER, GREGORY YAEGER and MICHAEL HEISER

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant, JAMES KENNEDY, M.D., is dismissed with prejudice.

Dated: __October 22, 2010_____.

_(signature: Maxine M. Chesney)_
Maxine C. Chesney
Judge of the United States District Court