United States District Court

For the Northern District of California

1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   VALERIE BARBER and ROBERT                No. C-08-5649 MMC
     HAMILTON, individually and as Successors
11   in Interest for JESSE HAMILTON,          **ORDER VACATING DECEMBER 3, 2010**
     deceased,                                **HEARING ON DEFENDANTS' MOTION**
12                                            **FOR SUMMARY JUDGMENT**
               Plaintiffs,
13
14        v.

15   CITY OF SANTA ROSA, et al.,

16             Defendants.
                                          /
17

18        Before the Court is the Motion for Summary Judgment, filed August 30, 2010, by

19   defendants City of Santa Rosa, Edwin Flint, Gregory Yaeger, Michael Heiser, and Gregg

20   Ayer ("City defendants"),[1] and currently scheduled for hearing on December 3, 2010.

21   Plaintiffs Valerie Barber and Robert Hamilton have filed opposition, to which City

22   defendants have filed a reply.  The matter initially came on for hearing on October 8, 2010.

23   J. Wynne Herron of Herron & Herron appeared on behalf of plaintiffs; Matthew LeBlanc of

24   the City Attorney's Office appeared on behalf of the City defendants.[2]  Thereafter, with

25   leave of Court, the parties filed supplemental briefing.

26   _____

27        [1]Defendants County of Sonoma and James M. Kennedy, M.D. were dismissed from
     this matter by orders filed October 22, 2010.  Defendant Telecare Corporation has neither
28   filed a dispositive motion nor joined in the City defendants' Motion.

          [2] Additionally, James Geary of Hanson Bridgett was present on behalf of Telecare
     Corporation.

1    Having read and considered the papers filed in support of and in opposition to the

2  motion, and having considered the arguments of counsel at the October 8, 2010 hearing,

3  the Court deems the matter suitable for decision without further oral argument, and hereby

4  VACATES the hearing scheduled for December 3, 2010.

5    **IT IS SO ORDERED.**

6

7  Dated: November 30, 2010

   MAXINE M. CHESNEY
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2