IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BARBER and ROBERT HAMILTON, individually and as Successors in Interest for JESSE HAMILTON, deceased,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 08-5649 MMC<br><br>**ORDER OF DISMISSAL** |

　　　The parties having advised the Court that they have agreed to a settlement of the above-titled action,

　　　IT IS HEREBY ORDERED that all claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

　　　In light of the above, the case management conference, pretrial conference, and trial dates are hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: December 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge